Kim F. Mallory, Esq. (SBN 159870)
*Attorney for Plaintiffs*
P.O. Box 21146
El Sobrante, California 94820
(510) 223-3657, (510) 223-3652 Fax

RECEIVED
~~FILED~~
~~06 NOV 14 PM 12: 40~~

FILED
NOV 15 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YVONNE WESTBROOK,

                Plaintiffs,

v.

414 MASON STREET, SAN FRANCISCO, CA and HALL ASSOCIATION NSGW, and PHOENIX THEATRE ET AL.,

                Defendants,

Case No. C 06 04580 MJJ ADR

**VOLUNTARY DISMISSAL**

𝕴𝖙 𝖎𝖘 𝖍𝖊𝖗𝖊𝖇𝖞 𝖆𝖌𝖗𝖊𝖊𝖉, by and between the undersigned counsel for the respective parties to this action, that the within action and all claims and counterclaims that were or could have been asserted herein be, and the same hereby are, settled and discontinued with prejudice and without costs to any party.

Dated: November 10, 2006

_____
KIM F. MALLORY
Attorney for Plaintiffs

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

11/15/06
DATE

LAW OFFICES
OF KIM F. MALLORY
ATTORNEY AT LAW
EL SOBRANTE, CA

STIPULATION OF DISMISSAL